DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LISA GOODMAN** and **MARC R. GOODMAN,** individually and as natural
parents and guardians of **N.G.,** a minor,
Appellants,

v.

**HOME DEPOT USA, INC.,** and **NINGBO LITESUN ELECTRIC CO., LTD,**
Appellees.

No. 4D18-3002

[May 16, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm
Beach County; Howard K. Coates, Judge; L.T. Case No. 502016CA010435.

John H. Pelzer and Neal W. Hirschfeld of Greenspoon Marder LLP, Fort
Lauderdale, for appellants.

Alan P. Mirelman and Martin T. Buckley of Ringer, Henry, Buckley &
Seacord, PA, for appellee Home Depot.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***